WKN:SD
F.# 2012R00806

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MITCHELL REQUENA,

          Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. 12-04
(T. 21, U.S.C., §§
841(a)(1), 841(b)(1)(C),
846, 853(a) and 853(p);
T. 18, U.S.C., §§ 2 and
3551 et seq.)

AMON, CH.J.

LEVY, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Distribute MDMA)

    1.  On or about and between April 16, 2012 and May 30, 2012, within the Eastern District of New York and elsewhere, the defendant MITCHELL REQUENA, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing MDMA, a Schedule I controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

    (Title 21, United States Code, Sections 846 and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

1

COUNT TWO
(MDMA Distribution)

2.  On or about May 4, 2012, within the Eastern District of New York and elsewhere, the defendant MITCHELL REQUENA, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing MDMA, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

3.  The United States hereby gives notice to the defendant that, upon his conviction of either or both of the counts charged in this indictment, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of any such offenses to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of any such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offenses.

    4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the

3

defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

4

F. 2012R00806

*No.*

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*MITCHELL REQUENA,*

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(C), 846, 853(a) and 853(p); T. 18, U.S.C., §§ 2 and 3551 et seq.)

*A true bill.*

_____ _[signature]_ _____

*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

*Bail, $* _____

*Soumya Dayananda, Assistant United States Attorney, (718) 254-7996*